**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2001**

---

CHRISTOPHER LANGDON,

                                    Plaintiff - Appellant,

        versus

T. L. MALONE; JERRY BREWER; ED GREEN,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-02-189-5-BO)

---

Submitted: December 18, 2003          Decided: March 25, 2004

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Langdon, Appellant Pro Se. Roy Cooper, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; Robert Orr Crawford, III, Lisa Carol Glover, NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Langdon appeals from the district court's order denying his motion to reconsider a prior order dismissing his civil action. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Langdon v. Malone, No. CA-02-189-5-BO (E.D.N.C. filed July 25, 2003 & entered July 26, 2003). We deny the Appellees' motion for sanctions. We deny Langdon's motions: (1) to file a supplemental informal brief out of time, (2) to stay the appeal, (3) for sanctions, (4) for appointment of counsel, (5) to consolidate, and (6) for an extension of time to file a response to the Appellees' motion for sanctions. We also deny Langdon's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED